UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JUNIOR PARKER,                                  :

        Plaintiff,                              :        **ORDER**

    -v.-                                            :        07 Civ. 8680 (BSJ)(GWG)

POLICE OFFICER K. LAHAR et al.,                 :

        Defendant.                              :

------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge.**


       The docket sheet in this action indicates that the complaint was filed on October 9, 2007 and that no proof of service of the summons and complaint has been filed. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion, or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

In accordance with this rule, plaintiff is directed to arrange for prompt service of the summons and complaint on the defendant(s). If service is not made by February 13, 2008, or if no application is made in writing by such date to extend the time for service showing good cause for the failure to serve, <u>this action may be dismissed.</u>

       Please be aware that the Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York 10007 (Telephone: (212) 805-0175) may be of assistance in

connection with court procedures.

       SO ORDERED.

Dated: January 14, 2008
      New York, New York

                                      GABRIEL W. GORENSTEIN
                                      United States Magistrate Judge

Copy to:

Junior Parker
# 2007-3433
Orange County Jail
110 Wells Farm Road
Goshen, NY 10924

2